# EXHIBIT A

Case 1:09-cv-04899 Document 1-2 Filed 08/10/2009 Page 1 of 6

**ENROLLMENT AGREEMENT**
**FOR MODULE-BASED PROGRAMS**

# Olympia
## COLLEGE

☑ Olympia College • 6880 N. Frontage Road, Suite 400 • Burr Ridge, IL 60527 • (630) 920-1102
☐ Olympia College • 247 South State Street, Suite 400 • Chicago, IL 60604 • (312) 913-1616
☐ Olympia College • 9811 Woods Drive, 2nd Floor • Skokie, IL, 60077 • (847) 470-0277
☐ Olympia College • 150 South Lincolnway, Suite 100 • North Aurora, IL 60542 • (630) 896-2140
☐ Olympia College, Merrionette Park • 11560 S. Kedzie Ave • Merrionette Park, IL 60803 • (708) 239-0055

Name: Sheri K. McCague     Date: 6/29/06
Present Address: 12829 Francisco    City: Blue Island   State: IL   Zip: 60406
Permanent Address: _____ (not applicable)    City: _____ State: _____ Zip: _____
Date of Birth: _____    Social Security No.: _____
Telephone: (home) _____    (work) _____

The undersigned (herein called Applicant) requests admission for the program of instruction shown below, commencing on 7/24, 20 06 with graduation on 3/23, 20 07, and subject to the terms and conditions described on both sides of this agreement, and in the school catalog.

| Program | Number of Modules | Total Months | Total Program Clock Hours | Total Program Credit Units | Total Program Cost |
|---|---|---|---|---|---|
| Dental Assisting | 8 | 8 | 720 | 47 | 11,608 |

Start Date: 7/24/06         Leading to a ( ) Certificate  (X) Diploma
Session: _____ Morning 6AM-10AM  Afternoon _____ Evening _____
          (hours)            (hours)            (hours)            (hours)

Students will be charged tuition based on an academic year.

|  | 1st Year | 2nd Year* | 3rd Year* | Total |
|---|---|---|---|---|
| Tuition | 10,658 | | | 11,608 (Total Program Price) |
| Textbooks and Equipment | 950 | | | (Payment Made Today) |
| Other (Specify) | | | | (Payment Required Before Starting Training) |
| Total | 11,608 | | | |

*or portion thereof

NOTICE: Any assignee of this student enrollment agreement takes it subject to all claims and defenses of the student or his successors in interest arising under this agreement. Recovery by the student or his successors shall not exceed amounts paid by the student under terms of this agreement.

White - School     Yellow - School Financial Aid     Pink - Student
Form 20153-C (0905)                Page 1 of 5

EXHIBIT A

REDACTED

If an Applicant is a minor, this Agreement must be endorsed by his/her father, mother, legal guardian or other responsible person over 21 years of age.

I recommend the acceptance of this Applicant and agree to guarantee payment of tuition in accordance with the terms and conditions set forth herein.

Signature _____
(Applicant MUST NOT sign here)

(Please Print):
Name _____
Address _____
City _____ State _____ Zip _____
Relation to Applicant _____

### REPRESENTATIVE'S CERTIFICATION AND RECEIPT:

I hereby certify that the applicant has been interviewed by me and in my judgment meets all requirements for acceptance. I further certify that there have been no verbal or written agreements or promises other than those appearing on this Agreement.

April Brakly                         6/29/06
Admissions Representative (Print)    (Date)

_[signature]_                        6/29/06
Admissions Representative Signature  (Date)

Approved By _[signature] C. Hali_    7/11/06
(Signature of Accepting Official)    (Date)

**COMPLAINTS AGAINST THE SCHOOL MAY BE REGISTERED WITH THE ILLINOIS STATE BOARD OF EDUCATION.**

You may contact the Private Business and Vocational Schools Unit of the Illinois State Board of Education at 100 North First Street, Springfield, Illinois 62777-0001, (217) 782-3860 or 100 West Randolph, Suite 14-300, Chicago, Illinois 60601, (312) 814-5818.

The School does not guarantee employment following graduation but does offer career planning assistance to graduates.

Charges for textbooks and equipment are separate from tuition. Attached is a list of the maximum charges that the student will incur for books and equipment for their program of study. The institution does not charge for books and equipment until the student purchases and receives the items.

The School reserves the right to discontinue any student's training for unsatisfactory progress, non-payment of tuition or failure to abide by School rules.

### STUDENT ACKNOWLEDGMENT:

- If financial assistance is applied for, neither the amount of financial assistance nor any payment schedule can be determined at this time. When this is determined, a retail installment contract shall be executed which will disclose a schedule of payments for tuition and fees not covered by financial assistance in compliance with state and federal law.
- I have read and received a copy of the School Catalog and this Enrollment Agreement. _SM_ (STUDENT'S INITIALS)
- I have received a copy of the school data sheet for the last year listing total school enrollment, number and percentage of students who dropped by program, the number and percentage of graduates requesting assistance and placed by the school and on their own, and the average starting salaries of graduates. _SM_ (STUDENT'S INITIALS)

### NOTICE TO THE BUYER

This agreement is a legally binding instrument when signed by the student and accepted by the school. Therefore:

- Do not sign this agreement before you read it or if it contains any blank spaces.
- This is a legal instrument. Both sides of the contract are binding. Read both sides before signing.
- You are entitled to receive one copy of the agreement you sign and any information disclosure pages presented by the school.
- No changes to this agreement will be binding on either the student or the school unless such changes have been approved in writing by the authorized school official and by the student (or parent/guardian, if the student is a minor).
- The terms and conditions of this Enrollment Agreement are not subject to amendment or modification by oral agreement.

Sheri K. McCague
Applicant's Signature
6/29/06
Date

### BUYER'S RIGHT TO CANCEL

You may cancel this Enrollment Agreement without penalty or obligation until midnight of the sixth business day (excluding Saturday, Sunday and legal holidays) after the enrollment agreement is signed and receive a refund of all monies paid to date.

Olympia College in Chicago, IL is a branch campus of Bryman College in San Francisco, California. Olympia College in Burr Ridge, IL is a branch campus of Olympia College in Skokie, IL. Olympia College, Merrionette Park is a branch of Florida Metropolitan University at Pompano Beach, Florida

---

### _Acknowledgment of Waiver of Jury Trial and Availability of AAA Rules_
_(See Agreement to Binding Arbitration and Waiver of Jury Trial on reverse side.)_

By my signature below, I acknowledge that I understand that both I and the institution are irrevocably waiving rights to a trial by jury, and are selecting instead to submit any and all claims to the decision of an arbitrator instead of a court. I understand that the award of the arbitrator will be binding, and not merely advisory.

I also acknowledge that I may at any time, before or after my admission, obtain a copy of the Rules of the American Arbitration Association, at no cost, from the institution president.

Sheri K. McCague    6/29/06         _[signature]_           6/29/06
Student Signature   Date            Admissions Representative Signature    Date

This agreement is not binding unless it is signed by both Student and School
**BE SURE TO READ THE BACK OF THIS AGREEMENT SINCE IT IS PART OF YOUR CONTRACT WITH THE SCHOOL**

(Subject to the terms and conditions of reverse side) **CANCELLATION/REFUND POLICY**     Student's Right to Cancel this Agreement.

## CANCELLATIONS

When students enroll in a program of study, they reserve places that cannot be made available to other students. The Enrollment Agreement does not constitute a contract until it has been approved by an official of the school. If the agreement is not accepted by the school, all monies paid will be refunded.

Students have the right to cancel the Enrollment Agreement until midnight of the sixth business day after the date of enrollment. Cancellation will occur when they give written notice of cancellation at the school address shown on the front page of the Enrollment Agreement. A signed and dated notice of cancellation may be given by mail, hand delivery or telegram. The notice of cancellation, if sent by mail, is effective when deposited in the mail, properly addressed with postage prepaid.

The written notice of cancellation need not take any particular form and, however expressed, is effective if it states that a student no longer wishes to be bound by the Enrollment Agreement. Students who cancel their Enrollment Agreement will receive a refund of all monies paid within 30 days of cancellation. Students will not be charged tuition if they begin their training program and withdraw prior to midnight of the fifth business day following their first class session.

Students who withdraw as described above must return all training materials included in the cost of tuition within five business days from the date of withdrawal. They will be charged for materials that are not returned in good condition.

Students who are unable to complete their program of study due to the school's cancellation or discontinuance of the program will receive a refund of all monies paid.

## REFUNDS

This institution is certified by the U.S. Department of Education and is an eligible participant in the federal student financial aid (SFA) programs established under the Higher Education Act of 1965 (HEA), as amended.

To calculate refunds under the Federal Return of Title IV Funds policy, institutions must complete two separate calculations. First, the institution must determine how much of the tuition, fees and other institutional charges it is eligible to retain using either the state or institutional refund policy. Then, using the Federal Return of Title IV Funds policy, the institution determines how much federal assistance the student has earned which can be applied to the institutional charges.

If the student received more SFA funds than he or she earned under the Federal Return of Title IV Funds policy, the institution, and in some cases the student, is required to return the unearned funds to the Federal Treasury.

Any unpaid balance that remains after the Return of Title IV Funds policy has been applied to the state or institutional policy must be paid by the student to the institution.

## Refund Policies

Any monies due applicants or students will be refunded within 30 days of cancellation, withdrawal, or termination. A withdrawal is considered to have occurred on the earlier of a) the date the student officially notifies the school of their intent to withdraw, or b) the point at which the student fails to meet the published attendance policies outlined in the school catalog. If a student has received a loan for tuition, a refund will be made to the lender to reduce the student's loan debt. If the amount of refund exceeds the unpaid balance of the loan, the remainder of the monies will be applied to any student financial aid programs from which the student received funding. Any remaining balance of funds will then be returned to the student. The refund computation will be based on the last date of student attendance.

If students do not return following a leave of absence on the date indicated on the approved written request, refunds will be made within 30 days from the date the student was scheduled to have returned. For purposes of determining a refund, the last date of attendance is used when a student fails to return from an approved leave of absence.

In case of prolonged illness or accident, death in the family, or other circumstances that make it impractical to complete the program, the school will make a settlement that is reasonable and fair to both parties.

## Textbook and Equipment Return/Refund Policy

If the student obtains and returns unmarked textbooks, unworn uniforms or unused equipment within 30 days following the date of the student's cancellation, withdrawal or termination, the institution shall refund the charge for the textbooks, uniforms or equipment paid by the student. If the student fails to return unmarked textbooks, unworn uniforms or unused equipment within 30 days following the date of the student's cancellation, withdrawal or termination, the student will be liable for the documented textbook, uniform or equipment charges.

## Federal Return of Title IV Funds Policy

All institutions participating in the SFA programs are required to use a pro-rata schedule to determine the amount of SFA funds the student had earned when he or she ceases to attend, which is based on the period of time the student was in attendance.

If a recipient of the SFA program withdraws from the institution during a payment period or a period of enrollment in which the recipient began attendance the institution must calculate the amount of SFA program assistance the student did not earn, and those funds must be returned. Up through the 60% point in each payment period or period of enrollment, a pro-rata schedule is used to determine how much SFA program funds the student has earned at the time of withdrawal. After the 60% point in the payment period or period of enrollment, a student has earned 100% of the SFA funds.

The percentage of the payment period or period of enrollment completed is the total number of calendar days* in the payment period or period of enrollment for which the assistance is awarded divided into the number of calendar days* completed in that period as of the last date of attendance.

*Scheduled breaks of at least five consecutive days are excluded from the total number of calendar days in a payment period or period of enrollment (denominator) and the number of calendar days completed in that period (numerator). Days in which a student was on an approved leave of absence are also excluded in the calendar days for the payment period or period of enrollment.

## Return of Unearned SFA Program Funds

The School must return the lesser of:
- The amount of SFA program funds that the student did not earn; or
- The amount of institutional costs that the student incurred for the payment period or period of enrollment multiplied by the percentage of funds that were not earned.

The student (or parent, if a Federal PLUS loan) must return or repay, as appropriate:
- Any SFA loan funds in accordance with the terms of the loan; and
- The remaining unearned SFA program grant (not to exceed 50% of a grant) as an overpayment of the grant.

(Note: If the student cannot repay the grant overpayment in full, the student must make satisfactory arrangements with the U.S. Department of Education and/or the School to repay any outstanding grant balances. The Student Financial Aid Department will be available to advise the student in the event that a student repayment obligation exists. The student will be ineligible to receive additional student financial assistance in the future if the financial obligation(s) are not satisfied.)

**Institutional Refund Calculation**

For students attending this campus who terminate their training before completing more than 60% of an enrollment period, the school will perform a pro-rata refund calculation.

Under a pro-rata refund calculation, the school is entitled to retain only the percentage of school charges (tuition, fees, room, board, etc.) proportional to the period of enrollment completed by the student.

The period of enrollment completed by the student is calculated by dividing the total number of weeks in the enrollment period into the number of weeks completed in that period (as of the last recorded day of attendance by the student).

The percentage of weeks attended is rounded up to the nearest 10 percent and multiplied by the school charges for the period of enrollment. A reasonable administrative fee not to exceed $100 or 5% of the total institutional charges, whichever is less, will be excluded from the institutional charges used to calculate the pro-rata refund.

The school may retain the entire contract price of the period of enrollment - including tuition, fees and other charges - if the student terminates the training after completing more than 60 percent of the enrollment period.

For first time students, the institution will calculate the refund using the institutional refund policy and the state refund policy and apply the calculation that is most favorable to the student.

**Illinois State Board of Education Refund Policy**

The school will calculate refunds using the Illinois State Board of Education Refund Policy and the Institutional Refund Calculation and will use the result that provides the most favorable refund to the student.

For the purpose of determining a refund under the Illinois State Board of Education Refund Policy computations will be based on scheduled class attendance. Suspensions, school holidays, summer vacations and days in which classes are not offered will not be a part of scheduled class attendance. Refunds for students who withdraw after starting school or are terminated by the school will be computed as follows:

| A Student Whose Last Date of Attendance is... | Is Entitled to a Refund of... | The Institution Is Eligible to Retain... |
|---|---|---|
| After sixth day following enrollment but prior to end of student's first day of class attendance | 100% of Tuition | 0% of Tuition |
| After first day of class attendance but prior to 5% of the enrollment period | 90% of Tuition | 10% of Tuition or $300, whichever is less, plus the cost of books or materials provided by the school. |
| After 5% of the enrollment period but within the first 4 weeks | 80% of Tuition | 20% of Tuition. |
| During the first 25% of the enrollment period | 55% of Tuition | 45% of Tuition |
| After 25% through 50% of the enrollment period | 30% of Tuition | 70% of Tuition. |
| After 50% of the enrollment period | 0% of Tuition | 100% of Tuition |

For programs longer than one year (12 consecutive months) in length, the cancellation and refund policy will apply to the stated tuition price attributable to each 12-month period. All of the stated tuition prices attributable to the period beyond the first year will be cancelled and/or refunded when students terminate during the first year.

**APPLICATION OF POLICY**

a) In the event that a student withdraws or is terminated from any program that gives the student his/her equipment to keep as they progress through school, any equipment already issued will remain the student's property. However, any other equipment scheduled to be issued during the remainder of the program will not be issued.

b) All refunds will be made to the person, company, organization, or agency that paid the student's tuition unless the school is authorized in writing to take other action.

In consideration of the student being permitted to participate in student activities and field trips under the auspices of the School, the student and parties executing with the student authorize participation by the student and release the School and parent corporations/affiliates and their respective officers, agents, and employees from any and all responsibility for injury or damage to person or property.

**COMPLAINTS AGAINST THE SCHOOL MAY BE REGISTERED WITH THE ILLINOIS STATE BOARD OF EDUCATION**

You may contact the Private Business and Vocational Schools Unit of the Illinois State Board of Education at 100 North First Street, Springfield, Illinois 62777-0001, (217) 782-3860 or 100 West Randolph, Suite 14-300, Chicago, Illinois 60601, (312) 814-5818.

**AGREEMENT TO BINDING ARBITRATION AND WAIVER OF JURY TRIAL**

The student agrees that any dispute arising from my enrollment at the institution, no matter how described, pleaded or styled, shall be resolved by binding arbitration under the Federal Arbitration Act conducted by the American Arbitration Association ("AAA") under its Commercial Rules. The award rendered by the arbitrator may be entered in any court having jurisdiction.

**Terms of Arbitration**

1. Both the student and the institution irrevocably agree that any dispute between them shall be submitted to Arbitration.
2. Neither the student nor the institution shall file or maintain any lawsuit in any court against the other, and agree that any suit filed in violation of this Agreement shall be dismissed by the court in favor of an arbitration conducted pursuant to this Agreement.
3. The costs of the arbitration filing fee, arbitrator's compensation and facilities fees will be paid by the institution, to the extent these fees are greater than a Superior Court filing fee.
4. The arbitrator's decision shall be set forth in writing and shall set forth the essential findings and conclusions upon which the decision is based.
5. Any remedy available from a court under the law shall be available in the arbitration.
6. Nothing in this Agreement prohibits the student from filing a complaint with the state regulatory agency.

**Procedure for Filing An Arbitration**

1. Students are strongly encouraged, but not required, to utilize the Grievance Procedure described in the Catalog, prior to filing an arbitration.
2. A student desiring to file an arbitration should first contact the institution president, who will provide the student with a copy of the AAA Commercial Rules. A student desiring to file an Arbitration should then contact the American Arbitration Association which will provide the appropriate forms and detailed instructions. The student should bring this form to AAA.
3. A student may, but need not, be represented by an attorney at the Arbitration.

**BE SURE TO READ THE FRONT OF THIS AGREEMENT SINCE IT IS A PART OF YOUR CONTRACT WITH THE SCHOOL**

Olympia College
6880 N. Frontage Road, Suite 400
Burr Ridge, IL 60527
(630) 920-1102

| For the reporting period from July 1, 2003 to June 30, 2004. | MA | MAA | MT |
|---|---|---|---|
| (a) The number of students who were admitted in the course of instruction as of July 1 of that reporting period; | 220 | 43 | 0 |
| (b) Additions during the year due to: | | | |
| (A) New starts; | 407 | 116 | 213 |
| (B) Re-enrollments; and | 21 | 2 | 0 |
| (C) Transfers into the course of instruction from other courses of instruction at the school; | 0 | 0 | 0 |
| (c) Total number of students admitted during the reporting period (the number of students reported under item (11) (a) plus the additions reported under parts (A), (B), and (C) of item (11) (b)); | 648 | 161 | 213 |
| (d) Of the total course of instruction enrollment, the number of students who: | | | |
| (A) Transferred out of the course of instruction to another course of instruction; | 0 | 0 | 0 |
| (B) Completed or graduated from a course of instruction; | 273 | 55 | 40 |
| (C) Withdrew from the school; | 119 | 29 | 34 |
| (D) Are still enrolled. | 256 | 77 | 139 |
| (e) The number of students listed in item (11) (d) who: | | | |
| (A) Were placed in their field of study; | 210 | 44 | 36 |
| (B) Were placed in a related field; | 0 | 0 | 0 |
| (C) Placed out of the field; | 0 | 0 | 0 |
| (D) Were not available for placement due to personal reasons; | 17 | 6 | 3 |
| (E) Were not employed; | 46 | 5 | 1 |
| (f) The number of students who took a State licensing examination or professional certification examination (if any) during the reporting period | 0 | 0 | 0 |
| The number who passed; | 0 | 0 | 0 |
| (g) The number of graduates who obtained employment in the field who did not use the school's placement assistance during the reporting period; such information may be compiled by reasonable efforts of the school to contact graduates by written correspondence; | 0 | 0 | 0 |
| (h) The average starting salary for all school graduates employed during the reporting period; such information may be compiled by reasonable efforts of the school to contact graduates by written correspondence; | 10.53 | 9.26 | 10.64 |

I have received a copy of this disclosure information

_David McCoy_ 6/29/06
(Student's signature)    (Date)

20153-CPB5-343