# EXHIBIT A

Eric J. Marler

*ejm nwd 5/13/09*
*CORIN-LIT-0001*

| | |
|---|---|
| From: | Jonathan Weed [weedj@adr.org] |
| Sent: | Wednesday, May 13, 2009 8:30 AM |
| To: | sgolinkin@rgrlaw.com; emarler@rgrlaw.com; AAinsworth@cci.edu; Peter Homer; lcrabtree@homerbonnerlaw.com |
| Cc: | pperaza@homerbonnerlaw.com |
| Subject: | AAA Arbitration 11 434 1278 08 - Signed Clause Construction Award |
| Attachments: | Partial Final Clause Constr Award.pdf |

Dear Counsel,

By direction of the Arbitrator we herewith transmit to you the duly executed Partial Final Clause Construction Award in the above matter.

Pursuant to the Supplementary Rules for Class Arbitrations and the direction of the Arbitrator, this matter is stayed until June 10, 2009 to permit the parties to move a court of competent jurisdiction to confirm or vacate the Partial Final Clause Construction Award. We ask the parties to keep the Association advised of any pending court actions.

Please be advised, pursuant to Rule 11 (a) of the Supplementary Rules for Class Arbitrations, once the arbitration proceeds beyond the Clause Construction Award, a supplemental filing fee shall be paid to the Association. This fee is based upon the amount of the claim, in accordance with the fee schedule contained in the Commercial Rules. Accordingly, a fee of $8,000.00 will be due from Respondent if this arbitration continues beyond clause construction.

Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,



American Arbitration Association
*Dispute Resolution Services Worldwide*

**Jonathan Weed**
**Senior Case Manager**
950 Warren Ave.
East Providence, RI 02914-1414
Tel: 401 431 4721
Fax: 401 435 6529
E-mail: weedj@adr.org
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

5/13/2009

# EXHIBIT B

— REDACTED —

-----Original Message-----
**From:** Patrice Peraza [mailto:pperaza@homerbonner.com]
**Sent:** Tuesday, August 11, 2009 4:01 PM
**To:** weedj@adr.org
**Cc:** sgolinkin@rgrlaw.com; swidman@millershakman.com; Peter Homer; Gerald Del Amo
**Subject:** McCague, et al. v. Corinthian Colleges, et al.; AAA Case No. 11 434 01278 08
**Importance:** Low

Mr. Weed,

Please see the attached correspondence from Peter Homer.

Thank you,

Patrice L. Peraza, Legal Assistant
HomerBonner
The Four Seasons Tower
1441 Brickell Avenue
Suite 1200
Miami, Florida 33131
(305) 350-5139 Direct
(305) 372-2738 Fax
pperaza@homerbonner.com
www.homerbonner.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error or are not the named recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

8/17/2009

# HOMERBONNER

1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131

ELIZABETH LEE CRABTREE
GERALD M. DEL AMO
LUIS E. DELGADO
DOUGLAS F. EATON
HOWARD S. GOLDFARB
PETER W. HOMER *
MARIA ACEVEDO JARMEL ***
CHRISTOPHER J. KING
RAYDA MASDEU
ADAM M. SHONSON
GREGORY J. TRASK **
ANDREW VITALI, III
WILLIAM G. WOLK

\* Also licensed in Maryland
\*\* Also licensed in District of Columbia
\*\*\* Also licensed in New York

R. LAWRENCE BONNER
(1956 – 2007)

OF COUNSEL:
RICHARD B. SALZMAN
GEORGE BEFELER

TELEPHONE (305) 350-5100
TELECOPIER (305) 372-2738
E-MAIL: info@homerbonner.com
WEBSITE: www.homerbonner.com

August 11, 2009

SENDER'S DIRECT TELEPHONE NUMBER: (305) 350-5139
SENDER'S DIRECT FAX NUMBER: (305) 372-1443
SENDER'S DIRECT E-MAIL: phomer@homerbonner.com

**VIA EMAIL AND U.S. MAIL**
Jonathan Weed
American Arbitration Association
950 Warren Ave.
East Providence, Rhode Island 02914

Re: *McCague, et al. v. Corinthian Colleges, Inc., et. al.*; AAA Case No. 11 434 01278 08

Dear Mr. Weed:

This letter constitutes Respondents Corinthian Colleges, Inc., d/b/a Everest College f/k/a Olympia College's (the "School") notice to the AAA of its filing of a Petition to Vacate the Interim Arbitration Award entered in this case on May 11, 2009. A copy of the Petition, which was filed in the United States District Court for the Northern District of Illinois, Eastern Division, is attached hereto.

Please contact me should you have any questions. Thank you.

Very truly yours,

*(signature)* (for)

Peter W. Homer
**HOMERBONNER**

cc: Stuart Widman, Esq.
Scott Golinkin, Esq.

# EXHIBIT C

Eric J. Marler

*cjm recd 8/13/09*

| | |
|---|---|
| From: | Christopher King [cking@homerbonner.com] |
| Sent: | Wednesday, August 12, 2009 4:22 PM |
| To: | emarler@rgrlaw.com; sgolinkin@rgrlaw.com |
| Cc: | Peter Homer |
| Subject: | McCague v. Corinthian |
| Attachments: | 09-cv-04899 Corinthian Colleges, Inc. v. McCague attorney ap... (4.28 KB); 09-cv-04899 Corinthian Colleges, Inc. v. McCague civil cover... (4.14 KB); 09-cv-04899 Corinthian Colleges, Inc. v. McCague complaint (5.40 KB) |

Please see attached

Christopher King, Esquire
**HomerBonner**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 350-5100 ext. 126
Direct Fax: (305) 982-0069
E-Mail: cking@homerbonner.com
Website: www.homerbonner.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error or are not the named recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

---

**From:** Shaffer, Jason P. [mailto:jason.shaffer@kattenlaw.com]
**Sent:** Monday, August 10, 2009 7:08 PM
**To:** Peter Homer; Christopher King
**Cc:** Zenner, Sheldon T.; Hennessy, Mary Ellen
**Subject:** Complaint

Attached are the ECF notifications relating to today's filing of the complaint.

JASON P. SHAFFER
Partner
Katten Muchin Rosenman LLP
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5506 f / (312) 577-4642
jason.shaffer@kattenlaw.com / www.kattenlaw.com

============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
============================================================

8/19/2009

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==================================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==================================================================

8/19/2009

Eric J. Marler

| | |
|---|---|
| From: | usdc_ecf_ilnd@ilnd.uscourts.gov |
| Sent: | Monday, August 10, 2009 6:02 PM |
| To: | ecfmail_ilnd@ilnd.uscourts.gov |
| Subject: | Activity in Case 1:09-cv-04899 Corinthian Colleges, Inc. v. McCague complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.3

### Notice of Electronic Filing

The following transaction was entered by Shaffer, Jason on 8/10/2009 at 6:02 PM CDT and filed on 8/10/2009
Case Name:         Corinthian Colleges, Inc. v. McCague
Case Number:       1:09-cv-4899
Filer:             Corinthian Colleges, Inc.
Document Number: 1

Docket Text:
**COMPLAINT filed by Corinthian Colleges, Inc.; Filing fee $ 350, receipt number 0752000000003999858. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Shaffer, Jason)**


**1:09-cv-4899 Notice has been electronically mailed to:**

Jason P Shaffer    Jason.Shaffer@kattenlaw.com, cathy.gurvis@kattenlaw.com, ecfdocket@kattenlaw.com

**1:09-cv-4899 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1040059490 [Date=8/10/2009] [FileNumber=6387499-0
] [70d70ab2226386a83b81b8a7461f7adc938a9d7a4cd6ce99379b5070d9cd7a6436b
0ea74585b819bb2bd2a789ef9a45cd9664fbc68aa5c58aa6324b914f8e420]]


8/19/2009

**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/10/2009] [FileNumber=6387499-1
] [71883cc82a069d7b9afa44a1dcbd754aa9dfbf3702cddfd247f52e657f9cf04ce2d
ff2c886d9e3447d5ea595066b6c6960e3d23213723l3080cd8f291b34d9fc]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/10/2009] [FileNumber=6387499-2
] [3b8858cce7d49095d511af46f2ce594afd2b8761d0090b897ac5d22fb6a558ba351
477b048c4e854de0b2d9f8baec67b6f65e6e94631a3f2868dad5e9caac13a]]

8/19/2009

Eric J. Marler

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Monday, August 10, 2009 6:03 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:09-cv-04899 Corinthian Colleges, Inc. v. McCague civil cover sheet

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.3

## Notice of Electronic Filing

The following transaction was entered by Shaffer, Jason on 8/10/2009 at 6:03 PM CDT and filed on 8/10/2009
**Case Name:**   Corinthian Colleges, Inc. v. McCague
**Case Number:**   1:09-cv-4899
**Filer:**
**Document Number:** 2

**Docket Text:**
**CIVIL Cover Sheet (Shaffer, Jason)**

**1:09-cv-4899 Notice has been electronically mailed to:**

Jason P Shaffer   Jason.Shaffer@kattenlaw.com, cathy.gurvis@kattenlaw.com, ecfdocket@kattenlaw.com

**1:09-cv-4899 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/10/2009] [FileNumber=6387502-0
] [a28cc21a1eca02ef558a110d1c468873ba241842e1c3cea59d2c80ca220a4bb50b4
e7ce0d7b432b78c2271a6176086cab681f36dca0e2ae521bb19c344e57dae]]

8/19/2009

Eric J. Marler

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Monday, August 10, 2009 6:04 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:09-cv-04899 Corinthian Colleges, Inc. v. McCague attorney appearance

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.3

**Notice of Electronic Filing**

The following transaction was entered by Shaffer, Jason on 8/10/2009 at 6:04 PM CDT and filed on 8/10/2009
**Case Name:** Corinthian Colleges, Inc. v. McCague
**Case Number:** 1:09-cv-4899
**Filer:** Corinthian Colleges, Inc.
**Document Number:** 3

**Docket Text:**
ATTORNEY Appearance for Plaintiff Corinthian Colleges, Inc. by Jason P Shaffer (Shaffer, Jason)


**1:09-cv-4899 Notice has been electronically mailed to:**

Jason P Shaffer    Jason.Shaffer@kattenlaw.com, cathy.gurvis@kattenlaw.com, ecfdocket@kattenlaw.com

**1:09-cv-4899 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=8/10/2009] [FileNumber=6387508-0
] [7ed90186619b10035fd9e2f46fbdbc1cdca40789e820576abfd6338a8e0f2d5eb20
72f467705077bdf9b5be712c69e9b5a7ad32ca8d5c936534769f9d5fbb019]]

8/19/2009

# EXHIBIT D

Eric J. Marler                                                                                    EJM RWD 8/17/09

| | |
|---|---|
| From: | Patrice Peraza [pperaza@homerbonner.com] on behalf of Peter Homer [PHomer@homerbonner.com] |
| Sent: | Friday, August 14, 2009 3:54 PM |
| To: | sgolinkin@rgrlaw.com; emarler@rgrlaw.com |
| Cc: | Peter Homer; Gerald Del Amo; Lee Crabtree; Calhoun, William; AAinsworth@cci.edu |
| Subject: | RE: McCague v. Corinthian Colleges |
| Attachments: | 00044885.DOC |

Scott,

Attached please find our proposed Scheduling Order on Class Discovery. I apologize for the delay in getting this back to you, I was caught up in an emergency matter.

As an additional matter, we have yet to serve Sheri McCague with process in the action we filed in the Northern District of Illinois seeking to vacate the interim arbitration award. We would like to avoid causing her a disruption, and thus would prefer to serve you. So please let us know whether you are authorized to accept service on her behalf.

Thank you,

Peter W. Homer
HomerBonner
The Four Seasons Tower
1441 Brickell Avenue
Suite 1200
Miami, Florida 33131
(305) 350-5139 Direct
(305) 372-1443 Fax
phomer@homerbonner.com
www.homerbonner.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error or are not the named recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

---

**From:** Eric J. Marler [mailto:emarler@rgrlaw.com]
**Sent:** Wednesday, August 12, 2009 3:00 PM
**To:** Peter Homer
**Cc:** sgolinkin@rgrlaw.com
**Subject:** McCague v. Corinthian Colleges

Peter:

Further to our conversation yesterday, I attach a proposed scheduling order for class discovery. Please make sure to cc Scott Golinkin on your response, as I will be out of the office tomorrow and Friday. Thanks.

Regards,


8/19/2009

# EXHIBIT E

# Eric J. Marler

**From:** Eric J. Marler [emarler@rgrlaw.com]
**Sent:** Wednesday, August 19, 2009 2:29 PM
**To:** 'Christopher King'; 'sgolinkin@rgrlaw.com'
**Cc:** 'Peter Homer'; 'Gerald Del Amo'; 'Shaffer, Jason P.'
**Subject:** RE: Corinthian v. McCague

Christopher,

We have been authorized to accept service on behalf of Ms. McCague. Doing so does not operate as, and shall not be deemed as, a waiver of any rights Ms. McCague may have concerning the timeliness of the petition or any other jurisdictional issues.

Eric Marler

---

**From:** Christopher King [mailto:cking@homerbonner.com]
**Sent:** Tuesday, August 18, 2009 6:07 PM
**To:** sgolinkin@rgrlaw.com; emarler@rgrlaw.com
**Cc:** Peter Homer; Gerald Del Amo; Shaffer, Jason P.
**Subject:** Corinthian v. McCague

Gentlemen, We recently notified you of our petition to vacate the arbitrator's clause construction award. Will you accept service of the petition on behalf of Ms. McCague?

Christopher King, Esquire
**HomerBonner**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 350-5100 ext. 126
Direct Fax: (305) 982-0069
E-Mail: cking@homerbonner.com
Website: www.homerbonner.com

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error or are not the named recipient(s), please notify the sender at either the email address or telephone number above and delete this email from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

8/19/2009

# EXHIBIT F

# HOMERBONNER

1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131

ELIZABETH LEE CRABTREE
GERALD M. DEL AMO
LUIS E. DELGADO
DOUGLAS F. EATON
HOWARD S. GOLDFARB
PETER W. HOMER *
MARIA ACEVEDO JARMEL ***
CHRISTOPHER J. KING
RAYDA MASDEU
GREGORY J. TRASK **
ANDREW VITALI, III
WILLIAM G. WOLK

\* Also licensed in Maryland
\*\* Also licensed in District of Columbia
\*\*\* Also licensed in New York

R. LAWRENCE BONNER
(1956 – 2007)

OF COUNSEL:
RICHARD B. SALZMAN
GEORGE BEFELER

TELEPHONE (305) 350-5100
TELECOPIER (305) 372-2738
E-MAIL: info@homerbonner.com
WEBSITE: www.homerbonner.com

August 25, 2009

SENDER'S DIRECT TELEPHONE NUMBER: (305) 350-5139
SENDER'S DIRECT FAX NUMBER: (305) 982-0063
SENDER'S DIRECT E-MAIL: phomer@homerbonner.com

**VIA EMAIL AND OVERNIGHT MAIL**

Scott Golinkin and Eric Marler
Reardon Golinkin & Reed
111 West Washington Street
Suite 707
Chicago, IL 60602

Re:   *McCague, et. al. v. Corinthian Colleges, Inc*

Mr. Golinkin and Mr. Marler:

Pursuant to your recent letter, wherein you informed me that you have been authorized by your client, Ms. Sheri McCague, to accept service of process on her behalf, enclosed please find a copy of the Petition to Vacate along with the summons that was issued to Ms. McCague. I understand that by accepting service Ms. McCague has not waived any rights she might have with respect to the timeliness of the petition or any other jurisdictional issues.

Very truly yours,

Peter W. Homer
HOMERBONNER

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Corinthian Colleges, Inc. d/b/a Everest College,
f/k/a Olympia College,

V.

Sheri McCague, on behalf of herself and all
others similarly situated,

CASE NUMBER:   1:09-cv-04899

ASSIGNED JUDGE:   Hon. Matthew F. Kennelly

DESIGNATED
MAGISTRATE JUDGE:   Honorable Maria Valdez

TO: (Name and address of Defendant)

Sheri McCague
c/o Scott G. Golinkin
Reardon Golinkin & Reed
111 W. Washington Street, Suite 707
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jason P. Shaffer
Katten Muchin Rosenman LLP
525 West Monroe Street, Suite 707
Chicago, Illinois 60661-3693

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

August 14, 2009
_____
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.